Manfred P. Muecke (SBN: 222893)
mmuecke@manfredapc.com
**MANFRED, APC**
600 West Broadway, Suite 700
San Diego, CA 92101
Telephone: (619) 550-4005
Fax: (619) 550-4006

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG WOOLARD, on Behalf of Himself and All Others Similarly Situated,<br><br> Plaintiff,<br><br>vs.<br><br>THE GLAD PRODUCTS COMPANY, a Delaware Corporation, and THE CLOROX COMPANY, a Delaware Corporation,<br><br> Defendants. | Case No.: 3:24-cv-00504-JO-BLM<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rules of Civil Procedure 41(a) and the Court's Order To Show Cause issued on March 26, 2024 (DKT No. 3), Plaintiff Craig Woolard ("Plaintiff") hereby voluntarily dismisses his individual claims in the above-entitled action without prejudice. This notice of dismissal is filed with the Court before service by Defendant of either an answer or a motion for summary judgment. Plaintiff files this notice of voluntary dismissal of his individual claims independent of and without effect on the claims of any putative class member.

DATED: April 5, 2024

*s/Manfred Muecke*
**Manfred, APC**
Manfred Muecke (SBN: 222893)
600 W Broadway, Ste 700
San Diego, CA 92101-3370
mmuecke@manfredapc.com
Phone: 619-550-4005
Fax: 619-550-4006